AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| **Felix Erminio LOPEZ-Lopez** | ) | Case No. |
| **Los Fresnos, TX** | ) | L-19-PO1878 |
| **US** | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **March 13, 2019** in the county of **Webb** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1325(a)(1) | an alien, did unlawfully enter and attempt to enter the United States at a place other than designated by immigration officer. |

This criminal complaint is based on these facts:

Furthermore, it is based on verbal statements by, Felix Erminio LOPEZ-Lopez, who admitted to being a citizen of Guatemala, who entered or attempted to enter illegally into the United States by wading the Rio Grande River near, Ramireno, Texas, thus avoiding immigration inspection, nor having proper documents to enter, travel through, or remain in the United States.  This illegal entry or attempted entry took place on March 13, 2019.

☐ Continued on the attached sheet.

/S/Jimmy Moreno

*Complainant's signature*

Jimmy Moreno                   , Border Patrol Agent

*Printed name and title*

Affiant Jimmy Moreno
sworn and attested
on March 14, 2019, at 8:30 PM,
at Laredo, Texas.

*Diana Song Quiroga*
DIANA SONG QUIROGA
UNITED STATES MAGISTRATE JUDGE